IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:　　APRIL C. YOUNG<br><br><br><br>DEBTOR | CHAPTER 13<br>CASE NO. 17-05173-RLM-13 |

## AMENDED MOTION TO MODIFY
## CHAPTER 13 PLAN POST-CONFIRMATION
### WITH NOTICE OF OBJECTION DEADLINE

COMES NOW the Debtor, by counsel, and respectfully moves the Court pursuant to §1329 to modify the Debtor's Chapter 13 Plan, and would show the court as follows:

1. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334;

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A);

3. Debtor filed a Voluntary Petition for relief under Chapter 13 on July 12, 2017 and the Court confirmed the Debtor's Chapter 13 plan on August 25, 2017;

4. On or about June 22, 2018, the Debtor took sick leave from work due to her condition of deteriorating health and the Debtor just recently returned to work in March 2019.

5. Now, for good cause shown, the Debtor requests the Court to enter an order modifying the confirmed Chapter 13 plan to wit:

    a. Extend the plan period from 36 months to 42 months (six months) to cure the arrearage in payments to the trustee ($583.39)

    b. The Debtor therefore proposes to pay the aggregate of $1,434.61 through and including March 2019 (20 months); thereafter, Debtor shall pay $100.00 per month continuing for 22 months ($2,200.00) for a new 42-month plan base of $3,616.61[1].

6. The Debtor, and her employer, remain on an active wage withholding assignment[2] under which the employer has already began again remitting payments to the trustee.

7. The plan as confirmed should otherwise remain unchanged and the modification as proposed results in a higher plan base than previously confirmed.

**WHEREFORE**, the Debtor moves the Court to modify the Chapter 13 plan as proposed and for all other such relief deemed just and proper in the premises.

**Respectfully Submitted,**
**LEWIS LEGAL SERVICES, P.C.**
/s/ Eric C. Lewis_____
Eric C. Lewis, Esq. #28282-49
1060 E. 86th Street
P.O. Box 40603
Indianapolis, IN 46240
Phone: (317) 623-3030 x3
Fax : (317) 623-3062
E-Mail: lewislegal@live.com

---

[1] Plan base does not include partial tax refunds paid or to be paid under the plan, for tax years 2017 (paid $18.00), 2018, and 2019.
[2] *Order Directed to Employer to Remit Under Wage Assignment* entered August 2, 2017 (dn 19)

| NOTICE OF OBJECTION DEADLINE |
|---|
| **PLEASE TAKE NOTICE** that any objection must be filed with the Bankruptcy Clerk within **twenty-one (21) days** of the date of this notice (or such other time period as may be permitted by Fed. Bankr. P. 9006(f)).  Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at: |
| Clerk of the U.S. Bankruptcy Court<br>116 U.S. Courthouse<br>46 E. Ohio Street<br>Indianapolis, IN 46204 |
| The objecting party must ensure delivery of the objection to the party filing the motion.<br><br>**If an objection is NOT timely filed, the requested relief may be granted.** |

# CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on **April 10, 2019**, a copy of the foregoing <u>Motion to Modify Confirmed Chapter 13 Plan</u> was filed electronically and notice thereof will be sent to the following parties through the Electronic Case Filing System and the attached mailing matrix
:

        Nancy J. Gargula, U.S. Trustee
        Ustpregion10.in.ecf@usdoj.gov

        Ann M. DeLaney, Chapter 13 Trustee

        <u>/s/ Eric C. Lewis</u>
        Eric C. Lewis, Esq. #28282-49
        1060 E. 86th Street
        P.O. Box 40603
        Indianapolis, IN 46240
        Phone: (317) 623-3030 x3
        Fax : (317) 623-3062
        E-Mail:  lewislegal@live.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 17-05173-RLM-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Feb  5 11:52:07 EST 2019 | AFNI<br>P.O. Box 3517<br>1310 Martin Luther King Drive<br>Bloomington, IL 61701-1465 | Aargon Agency Inc<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117-4132 |
| American Infosource<br>P.O. Box 248838<br>Oklahoma City, OK 73124-8838 | Community Health Network<br>P.O. Box 20830<br>Indianapolis, IN 46220-0830 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| ECMC<br>P.O. Box 16478<br>Saint Paul, MN 55116-0478 | Eagle Accounts Group Inc.<br>P.O. Box 7012<br>Indianapolis, IN 46207-7012 | Educational Credit Management Corporation<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| Friendly Finance Corporation<br>6340 Security Blvd. Suite 200<br>Gwynn Oak, MD 21207-5161 | Friendly Finance Corporation<br>c/o Jack H. Frisch, Esq.<br>9247 N. Meridian St. Suite 107<br>Indianapolis, IN 46260-1813 | (p)G  L  A  COLLECTION CO  INC<br>PO BOX 588<br>GREENSBURG IN 47240-0588 |
| IMC Credit Services<br>P.O. Box 20636<br>Indianapolis, IN 46220-0636 | Indiana Dept of Revenue<br>100 N. Senate Ave<br>N203 Bankruptcy<br>Indianapolis, IN 46204 | Indiana Surgery Center<br>P.O. Box 19202<br>Indianapolis, IN 46219-0202 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lewis Legal Services, P.C.<br>1060 E. 86th Street<br>P.O. Box 40603<br>Indianapolis, IN 46240-0603 | Med Shield<br>P.O. Box 55707<br>Indianapolis, IN 46205-0707 | Med-1 Solutions<br>Tara Gerber, Esq.<br>517 U.S. Highway 31 North<br>Greenwood, IN 46142-3932 |
| Med-1 Solutions c/o Atty Richard Huston<br>517 US Highway 31 North<br>Greenwood, IN 46142-3932 | Mid America Bank & Trust<br>Total Visa<br>PO Box 91510<br>Sioux Falls, SD 57109-1510 | NWR<br>5901 Technology Center Drive<br>Indianapolis, IN 46278-6013 |
| Obstetrics & Gynecology of Indiana<br>One Penn Mark Plaza<br>11595 N. Meridian St.<br>Carmel, IN 46032-6947 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Capital Services<br>55 Beattie Place<br>Suite 110 MS 604<br>Greenville, SC 29601-5115 |

| | | |
|---|---|---|
| Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St. Vincent Hospital<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101-6424 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| U.S.Dept of Education<br>2401 International<br>POB 7859<br>Madison, WI 53707-7859 | Unique National Collections<br>119 E. Maple St.<br>Jeffersonville, IN 47130-3439 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Windham Professionals, Inc.<br>P.O. Box 1048<br>Salem, NH 03079-1048 | Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244-1285 | April C. Young<br>5617 N. Plymouth Ct.<br>Mc Cordsville, IN 46055-9469 |
| Eric C. Lewis<br>Lewis Legal Services, P.C.<br>1060 East 86th Street<br>P.O. Box 40603<br>Indianapolis, IN 46240-0603 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| GLA Collection Co Inc.<br>2630 Gleeson Lane<br>Louisville, KY 40299 | Jefferson Capital System<br>16 Mcleland Rd.<br>Saint Cloud, MN 56303-2198 | Portfolio Recovery Associates LLC<br>140 Corporate Blvd.<br>Norfolk, VA 23502 |
| Sprint Communications<br>P.O. Box 4191<br>Carol Stream, IL 60197 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     0<br>Total                  42 | |